UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| THOMAS HALE, and JUSTIN WALLS, for themselves and on behalf of themselves and other similarly situated persons,<br><br>Plaintiffs,<br><br>v.<br><br>TERRY STOFFEL,<br>in his official capacity,<br><br>Defendant. | CAUSE NO.: 1:17-CV-108-TLS |

## OPINION AND ORDER

Justin Walls was a prisoner when he filed this case and was granted leave to proceed in forma pauperis. (*See* ECF Nos. 1, 3, 5.) He has since been released (*See* ECF No. 42) and now seeks leave to proceed in forma pauperis [ECF No. 48] as a non-prisoner.

The Plaintiff has paid the installment payments required by 28 U.S.C. § 1915(b), and it appearing he is unable to pay the remaining balance, the Court: (1) GRANTS the Plaintiff's Motion [ECF No. 48]; (2) DEFERS payment of the balance of the filing fee; and (3) ORDERS the Plaintiff to pay the remainder of the filing fee from the proceeds of any recovery that is received in this case.

SO ORDERED on August 1, 2018.

s/ Theresa L. Springmann
CHIEF JUDGE THERESA L. SPRINGMANN
UNITED STATES DISTRICT COURT